IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRANDON ELLIOT CARTER,** ) | |
| **AIS # 261259,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.23-00034-KD-B |
| ) | |
| **PHYLLIS MORGAN,** ) | |
| ) | |
| Respondent. ) | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (doc. 42) is made, the Report and Recommendation (doc. 39) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, Petitioner Carter's § 2254 claims are denied, and his petition is **DISMISSED** with prejudice.

Petitioner is not entitled to a certificate of appealability and is not entitled to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the 25th day of November 2024.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE