IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON ELLIOT CARTER, ) | |
| AIS # 261259, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.23-00034-KD-B |
| ) | |
| PHYLLIS MORGAN, ) | |
| ) | |
| Respondent. ) | |

**JUDGMENT**

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner Brandon Elliot Carter's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

Petitioner is not entitled to a certificate of appealability and is not entitled to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the 25th day of November 2024.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE